GÓMEZ, RECURRENTE, *v.* EL REGISTRADOR DE GUAYAMA, RECURRIDO.

Recurso gubernativo contra nota del Registrador de la Propiedad de Guayama denegando la inscripción de una escritura de cancelación de hipoteca.

No. 354.—Resuelto en marzo 30, 1918.

CANCELACIÓN DE HIPOTECA—PODER PARA ENAJENAR.—No debe denegarse la inscripción en el registro de una escritura de cancelación que se presenta acompañada de un poder otorgado por la esposa en favor del esposo, en que se autoriza a éste a enajenar bienes gananciales, pues la cancelación de una hipoteca es un acto de enajenación.

Los hechos están expresados en la opinión.

Abogado del recurrente: *Sres. Francis & Arnaldo.*

El registrador recurrido, Sr. A. Malaret, no compareció.

EL JUEZ ASOCIADO SR. HUTCHISON, emitió la opinión del tribunal.

Denegada que fué la cancelación de una hipoteca, por lo que se tomó en su lugar anotación preventiva, el recurrente posteriormente a fin de que se convirtiese la anotación preventiva en inscripción definitiva volvió a presentar al registro la escritura de cancelación acompañada del poder, a que la misma se refería, poder que otorgó la esposa en favor de su esposo en el que se le autorizaba, entre otras cosas, a enajenar bienes gananciales.

La nota del registrador, que en lo pertinente se transcribe, dice así:

"No practicada la conversión solicitada de la anotación letra A de la finca número 1617 hecha al folio 104 vuelto del tomo 32 de esta ciudad, por cuanto la escritura de poder No. 70 otorgada en 7 de julio de 1904 ante el Notario José Mariano Capó que ahora se presenta en su totalidad, no contiene cláusula para cancelar hipotecas."

La cancelación de una hipoteca es un acto de enajenación. *Baquero* v. *El Registrador,* 22 D. P. R. 24.

Véase también el caso de *Gutiérrez* v. *El Registrador,* 24 D. P. R. 879.

La nota del registrador debe ser revocada.

   *Revocada la nota recurrida y ordenada la cancelación solicitada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Aldrey.